IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY TAYLOR,

**Plaintiff,**

v.

**EAST ST. LOUIS POLICE DEPARTMENT et al.,**

**Defendant.**  No. 08-839-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management purposes. On May 12, 2009, Magistrate Judge Frazier granted Plaintiff leave to file an amended complaint correcting and clarifying his claims against Defendant McCullum and East St. Louis Police Department (Doc. 20). On June 15, 2009, Plaintiff filed his Amended Complaint (Doc. 31). Thus, the Court **DENIES as moot** Defendants McCullum and East St. Louis Police Department's Motion to Dismiss (Doc. 14).

**IT IS SO ORDERED.**

Signed this 8th day of July, 2009.

/s/ David R. Herndon

**Chief Judge
United States District Court**