IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY TAYLOR,

Plaintiff,

v.

CITY OF EAST ST. LOUIS and
RONALD E. MCCULLAM,

Defendant.                                                                 No. 08-839-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management. On October 9, 2009, Magistrate Judge Frazier granted Plaintiff's motion for leave to file a second amended complaint (Doc. 58). Subsequently, on October 23, 2009 Plaintiff filed his Second Amended Complaint (Doc. 59). Therefore, the Court **DENIES AS MOOT** Defendants' motion to dismiss Plaintiff's Amended Complaint (Doc. 43) and **FINDS AS MOOT** Plaintiff's motion for extension of time (Doc. 57).

**IT IS SO ORDERED.**

Signed this 26th day of October, 2009.

/s/   DavidRHerndon
**Chief Judge**
**United States District Court**