IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**ANTHONY TAYLOR,**

**Plaintiff,**

**v.**

**CITY OF EAST ST. LOUIS and**
**RONALD E. MCCLELLAN,**

**Defendants.**                                                                 **No.08-839-DRH**


## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff's Motion to Continue Settlement and Delay Entry of Dismissal Order (Doc. 87).  Specifically, Plaintiff states that while a settlement has been reached and a release signed, Defendants have not tendered the settlement money agreed to for Plaintiff and need additional time to tender the check. Plaintiff asks that the Court not enter a dismissal order in this case for thirty (30) additional days so that Defendants may have additional time to consummate the settlement.  Based on the reasons in the motion, the Court **GRANTS** Plaintiff's Motion to Continue Settlement and Delay Entry of Dismissal Order (Doc. 87).  This case will remain open and pending for an additional thirty (30) days, or until the

Court is advised that the entire settlement has been consummated.

**IT IS SO ORDERED.**

Signed this 22nd day of October, 2010.

                                            David R. Herndon
                                            2010.10.22 15:27:01
                                            -05'00'

**Chief Judge**
**United States District Court**